UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARREN JOHNSON,

    Plaintiff,                                  Case No. 22-10540

v.                                            Honorable Nancy G. Edmunds

ELIZABETH AUSTIN, *et al.*,

    Defendants.

_____/

## JUDGMENT

        On March 7, 2022, Plaintiff Darren Johnson brought this prisoner civil rights action against seven defendants. (ECF No. 1.) On May 20, 2022, the Court dismissed five defendants due to Plaintiff's failure to state a claim against them and dismissed Plaintiff's claims against the defendants in their official capacities. (ECF No. 6.) On this date, the Court granted the two remaining defendants' motions for summary judgment on Plaintiff's claims against them in their individual capacities. (ECF No. 66.) Accordingly, IT IS HEREBY ORDERED AND ADJUDGED that this case is DISMISSED.

        SO ORDERED.

                                              s/Nancy G. Edmunds
                                              Nancy G. Edmunds
                                              United States District Judge

Dated: November 28, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 28, 2023, by electronic and/or ordinary mail.

                                              s/Lisa Bartlett
                                              Case Manager